**SCHIFFHARDIN**LLP

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/11
```

666 Fifth Avenue, 17th Floor
New York, New York 10103
212.753.5000
212.753.5044
www.schiffhardin.com

Maxim H. Waldbaum
212-745-0815
mwaldbaum@schiffhardin.com

June 8, 2011

**VIA FAX**

The Honorable Judge Harold Baer, Jr.
United States District Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

    Re:    <u>**Docket #11-CV-3546: John Hardy v. NKA Corp.**</u>

Dear Judge Baer:

    We represent John Hardy, Ltd. in the matter referenced above. I write in response to your Pre-Trial Conference Order, dated June 3, 2011 (received today, June 8) scheduling a conference for August 25, 2011 at 3:45 P.M. Unfortunately, I will not be in the country on that date, and request that the Pre-Trial Conference be rescheduled. I am available any date and time during the week beginning Monday, September 12, 2011.

    I have conferred with opposing counsel, copied on this letter, and they do not oppose this request.

Sincerely,

Maxim H. Waldbaum

*[Handwritten note: Assuming consent I will adjourn your PTC to Sept 22 at 3:45 — I will not likely do it again.]*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 6/14/11

CC: Eric C. Zabicki, Esq.
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, New York 10017
Counsel for defendant NKA Corp.

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | SAN FRANCISCO | BOSTON

Endorsement:

    Assuming consent I will adjourn your pre trial conference to September 22, 2011 at 3:45 P.M.  I will not likely do it again.