UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOHN HARDY, LTD.,

                Plaintiff,

    v.

NKA CORP., d/b/a NK NEW YORK, and
NK JEWELRY,

                Defendants.
------------------------------------------------------x

Case No. 11-cv-03546 (HB)

**RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendants NKA Corp., d/b/a NK New York, and NK Jewelry, by their undersigned counsel, certify that they have no corporate parent and that there are no publicly held corporations that own 10% or more of their stock.

Dated: New York, New York
       June 16, 2011

                                                          PICK & ZABICKI LLP
                                                          Counsel to Defendants

                                        By: _____
                                               Eric C. Zabicki
                                             369 Lexington Avenue, 12th Floor
                                             New York, New York 10017
                                             (212) 695-6000