UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN HARDY, LTD.,

        Plaintiff,

v.

NKA CORP., d/b/a NK NEW YORK,
and NK JEWELRY,

        Defendants.
-----------------------------------------------------------x

Case No. 11-cv-03546 (HB)

**STIPULATION SUBSTITUTING
COUNSEL TO DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the law firm Ellenoff Grossman & Schole LLP be and hereby is substituted as counsel of record to defendants NKA Corp., d/b/a NK New York and NK Jewelry in place of the law firm Pick & Zabicki LLP with regard to the above-captioned proceeding.

Dated: New York, New York
      July 11, 2011

ELLENOFF GROSSMAN
& SCHOLE LLP
Substitute Counsel to Defendants

By: _____
Jennifer D. Silverman, Esq.
150 East 42nd Street
New York, NY 10017
Telephone: (646) 895-7141

"SO-ORDERED" this
___ day of July, 2011

_____
HON. HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

PICK & ZABICKI LLP
Former Counsel to Defendants

By: _____
Eric C. Zabicki, Esq.
369 Lexington Avenue, 12th Floor
New York, NY 10017
Telephone: (212) 695-6000

NKA CORP. d/b/a NK NEW
YORK and NK JEWELRY

By: _____
Navin Aker, President

Index No. Civ. 03546 (HB)     Year 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN HARDY, LTD.,

      Plaintiff,

 -against-

NKA CORP., d/b/a/ NK NEW YORK, and
NK JEWELRY,

      Defendants.

## Substituting Counsel to Defendants

*Attorneys for*

ELLENOFF GROSSMAN & SCHOLE LLP
Defendants
150 East 42ND Street
New York, New York 10017
(212) 370-1300

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ........................................   Signature .................................................................................................

            Print Signer's Name .....................................................................................

*Service of a copy of the within*                   *is hereby admitted.*

*Dated:*

                   .................................................................
                   *Attorney(s) for*

**PLEASE TAKE NOTICE**

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on     20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon.        , one of the judges of the within-named Court, at
on        20  , at       M.

*Check Applicable Box*

*Dated:*

ELLENOFF GROSSMAN & SCHOLE LLP
*Attorneys for*
150 East 42ND Street
New York, New York 10017

To: