ELLENOFF GROSSMAN & SCHOLE LLP
150 East 42nd Street, 11th Floor
New York, New York 10017
(212) 370-1300
agalano@egsllp.com
Anthony Galano, III (AGIII9950)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN HARDY, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> NKA CORP., d/b/a/ NK NEW YORK, and NK JEWELRY, <br><br> Defendants. | Civil Action No. <br> 11 Civ. 03546 (HB) <br><br> **Stipulation** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendants in the above-captioned action, as follows:

(a) The time for defendants to answer, move or otherwise respond with respect to the Complaint is hereby adjourned from July 15, 2011 to August 4, 2011.

(b) The defendants waive any defense with respect to the service of the Complaint and agree that this Stipulation is without prejudice to plaintiff's timing in connection with filing a motion for a preliminary injunction. This stipulation may be executed in counterparts, facsimile or in PDF format.

Dated: New York, New York
       July 14, 2011

Schiff Hardin LLP

By: _/s/ Maxim Waldbaum/HB_
Maxim H. Waldbaum, Esq.
666 Fifth Avenue, Suite 1700
New York, New York 10103
(212) 753-5000
Attorney for Plaintiff

Ellenoff Grossman & Schole LLP

By: _/s/ Anthony Galano/_
Anthony Galano, III, Esq.
150 East 42nd Street, 11th Floor
New York, New York 10017
(212) 370-1300
Attorneys for Defendants

SO ORDERED
_/s/_
USDJ
7-15-11
Part I