```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JOHN HARDY, LTD.,

        Plaintiff,

v.

NKA CORP., d/b/a NK NEW YORK,
and NK JEWELRY,

        Defendants.
----------------------------------------x

Case No. 11-cv-03546 (HB)

**STIPULATION SUBSTITUTING
COUNSEL TO DEFENDANTS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the law firm Ellenoff Grossman & Schole LLP be and hereby is substituted as counsel of record to defendants NKA Corp., d/b/a NK New York and NK Jewelry in place of the law firm Pick & Zabicki LLP with regard to the above-captioned proceeding.

Dated: New York, New York
      July 11, 2011

ELLENOFF GROSSMAN
& SCHOLE LLP
Substitute Counsel to Defendants

By: _/s/ Jennifer D. Silverman_
Jennifer D. Silverman, Esq.
150 East 42nd Street
New York, NY 10017
Telephone: (646) 895-7141

"SO-ORDERED" this
____ day of July, 2011

_/s/ Hon. Harold Baer, Jr._
HON. HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

7-15-11
Part I

PICK & ZABICKI LLP
Former Counsel to Defendants

By: _/s/ Eric C. Zabicki_
Eric C. Zabicki, Esq.
369 Lexington Avenue, 12th Floor
New York, NY 10017
Telephone: (212) 695-6000

NKA CORP. d/b/a NK NEW
YORK and NK JEWELRY

By: _/s/ Navin Alur_
Navin Alur, President